UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DOROTA RYSZK,
        Plaintiff,

v.                            CASE NO. 3:04-cv-1335-J-99TEM

THE OCEAN RITZ CONDO ASSOC.
ATTORNEY REPRESENTATIVE OF
ASSOCIATION,
        Defendant.
_____/

## ORDER

This cause is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 6), pertaining to Plaintiff's Complaint (Dkt. 1) and Plaintiff's In Forma Pauperis Application and Financial Affidavit (Dkt. 2). The Magistrate Judge recommends that due to Plaintiff's failure to provide an affidavit demonstrating that Plaintiff meets certain financial criteria, the request to proceed in forma pauperis be denied. The Magistrate Judge, further, recommends that the complaint be dismissed without prejudice since it fails to state a cause of action cognizable in federal court. Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, it is **ORDERED**:

    1. That the Report and Recommendation (Dkt. 6) is adopted and Plaintiff's Complaint (Dkt. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

    2. The Clerk is **DIRECTED** to close this case.

    **DONE AND ORDERED** in Chambers this 27th day of July, 2005.

                                                      HENRY LEE ADAMS, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies to: *Pro Se* Plaintiff, Counsel of Record